A. J. Rountree and S. S. Rountree, Partners Under the Firm Name of Rountree & Company, Plaintiffs in Error, vs. Richard J. Stansell, Defendant in Error.

## DIVISION A.

Writ of error to Circuit Court, Madison county; John F. White, Judge.

*W. C. McCall,* for Plaintiffs in Error.

*H. J. McCall,* for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The judgment is affirmed.